# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MIGUEL RODRIGUEZ | § | Case No. 17-81477 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/21/2017 . The undersigned trustee was appointed on 06/21/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 60,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 20,927.56 |
| Bank service fees | | 47.95 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 24,024.49 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Document      Page 2 of 11

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/07/2017 and the deadline for filing governmental claims was 12/18/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,250.00 , for a total compensation of $ 5,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.79 , for total expenses of $ 13.79 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2018          By: /s/BERNARD J. NATALE, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-81477 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MIGUEL RODRIGUEZ | | | | Date Filed (f) or Converted (c): | 06/21/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/03/2017 |
| For Period Ending: | 11/27/2018 | | | | Claims Bar Date: | 11/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2412 W. Jefferson Street Rockford Il 61101-0000 Winnebago | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2. 2007 Ford Escape Mileage: 149,000 | 3,175.00 | 3,175.00 | | 0.00 | FA |
| 3. 2001 Chevrolet Caviler Mileage: 200,000 | 150.00 | 150.00 | | 0.00 | FA |
| 4. Misc. Household Goods And Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 2 Tv's | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing And Personal Items | 200.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8. U.S. Bank | 50.00 | 0.00 | | 0.00 | FA |
| 9. First National Bank | 0.00 | 0.00 | | 0.00 | FA |
| 10. Uninsured Motorist Claim Vs. Gloria Garcia (Owner Of The Veh | Unknown | 1.00 | | 60,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $26,675.00 | $23,326.00 | $60,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/26/2018  SPECIAL COUNSEL REPORTS PI CASE FILED IN WISCONSIN.  DISCOVERY PENDING.

Initial Projected Date of Final Report (TFR): 12/31/2018     Current Projected Date of Final Report (TFR): 12/31/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 17-81477 | Trustee Name: | BERNARD J. NATALE, TRUSTEE | |
| Case Name: | MIGUEL RODRIGUEZ | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX9440 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5459 | Blanket Bond (per case limit): | $3,000.00 | |
| For Period Ending: | 11/27/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/18 | 10 | Allstate | Personal Injury | 1142-000 | $50,000.00 | | $50,000.00 |
| 11/05/18 | 10 | Bolgrien, Koepke, Kimes & Livingston LLC<br>542 East Grand Avenue<br>Beloit, WI 53511 | Personal Injury | 1142-000 | $10,000.00 | | $60,000.00 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.95 | $59,952.05 |
| 11/07/18 | 1101 | Bolgrien Koepke Kimes & Livingston LLC<br>Attn: Mr. Rodney Kimes<br>542 E Grand Avenue<br>Beloit WI 53511 | Spec Counsel Fees-Rodriguez | 3210-000 | | $10,000.00 | $49,952.05 |
| 11/07/18 | 1102 | Bolgrien Koepke Kimes & Livingston LLC<br>Attn: Mr. Rodney Kimes<br>542 E Grand Avenue<br>Beloit WI 53511 | Spec Counsel Expenses - Rodriguez | 3220-000 | | $687.50 | $49,264.55 |
| 11/07/18 | 1103 | Peter Savitski Law Office<br>Mr. Peter Savitski<br>838 N Main Street<br>Rockford IL 61103 | Spec Counsel for Rodriguez | 3210-000 | | $10,000.00 | $39,264.55 |
| 11/07/18 | 1104 | Peter Savitski Law Office<br>Mr. Peter Savitski<br>838 N Main Street<br>Rockford IL 61103 | Spec Counsel Expenses - Rodriguez | 3220-000 | | $240.06 | $39,024.49 |
| 11/07/18 | 1105 | Rodriguez, Miguel<br>2412 W Jefferson St<br>Rockford IL 61101 | Debtor's Exemption for PI | 8100-002 | | $15,000.00 | $24,024.49 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $60,000.00 | $35,975.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $60,000.00 | $35,975.51 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $60,000.00 | $20,975.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Page Subtotals:    $60,000.00    $35,975.51

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 17-81477 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|
| Case Name: | MIGUEL RODRIGUEZ | Bank Name: | Axos Bank |
|  |  | Account Number/CD#: | XXXXXX0041 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX5459 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 11/27/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Transactions |  |  |  |  | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0041 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX9440 - Checking | $60,000.00 | $20,975.51 | $24,024.49 |
|  | $60,000.00 | $20,975.51 | $24,024.49 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $60,000.00 |
| Total Gross Receipts: | $60,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-81477  
Debtor Name: MIGUEL RODRIGUEZ  
Claims Bar Date: 11/7/2017  

Date: November 27, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107<br>natalelaw@bjnatalelaw.com | Administrative | | $0.00 | $5,250.00 | $5,250.00 |
| TRTEE XP 100 2200 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107<br>natalelaw@bjnatalelaw.com | Administrative | | $0.00 | $13.79 | $13.79 |
| ATTYFEES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $4,112.50 | $4,112.50 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $27.22 | $27.22 |
| SC1A 100 3210 | Bolgrien Koepke Kimes & Livingston LLC<br>Attn: Mr. Rodney Kimes<br>542 E Grand Avenue<br>Beloit WI 53511 | Administrative | | $0.00 | $10,000.00 | $10,000.00 |
| SC2A 100 3210 | Peter Savitski Law Office<br>Mr. Peter Savitski<br>838 N Main Street<br>Rockford IL 61103 | Administrative | | $0.00 | $10,000.00 | $10,000.00 |
| SC1E 100 3220 | Bolgrien Koepke Kimes & Livingston LLC<br>Attn: Mr. Rodney Kimes<br>542 E Grand Avenue<br>Beloit WI 53511 | Administrative | | $0.00 | $687.50 | $687.50 |
| SC2E 100 3220 | Peter Savitski Law Office<br>Mr. Peter Savitski<br>838 N Main Street<br>Rockford IL 61103 | Administrative | | $0.00 | $240.06 | $240.06 |
| Exemption 100 8100 | Miguel Rodriguez<br>2412 W Jefferson St<br>Rockford IL 61101 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-81477  
Debtor Name: MIGUEL RODRIGUEZ  
Claims Bar Date: 11/7/2017  

Date: November 27, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 / 300 / 7100 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $0.00 | $20,471.20 | $20,471.20 |
| 2 / 300 / 7100 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $0.00 | $10,467.85 | $10,467.85 |
| 3 / 300 / 7100 | TD Bank, USA<br>% American Infosource Lp<br>P O Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $1,795.81 | $1,795.81 |
| 4 / 300 / 7100 | PYOD,LLC as Assignee Citibank NA<br>Resurgent Capital Services<br>P O Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $4,928.42 | $4,928.42 |
| 5 / 300 / 7100 | U.S. Bank National Association<br>P O Box 5227<br>Cincinnati OH 45201-5227 | Unsecured | | $0.00 | $8,222.77 | $8,222.77 |
| 6 / 300 / 7100 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Unsecured | | $0.00 | $402.83 | $402.83 |
| 7 / 300 / 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Unsecured | | $0.00 | $8,919.16 | $8,919.16 |
| | Case Totals | | | $0.00 | $100,539.11 | $100,539.11 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-81477
Case Name: MIGUEL RODRIGUEZ
Trustee Name: BERNARD J. NATALE, TRUSTEE

Balance on hand $ 24,024.49

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE LTD | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: BERNARD J. NATALE LTD | $ 13.79 | $ 0.00 | $ 13.79 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 4,112.50 | $ 0.00 | $ 4,112.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 27.22 | $ 0.00 | $ 27.22 |
| Other: Bolgrien Koepke Kimes & Livingston LLC | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: Peter Savitski Law Office | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: Peter Savitski Law Office | $ 240.06 | $ 240.06 | $ 0.00 |
| Other: Bolgrien Koepke Kimes & Livingston LLC | $ 687.50 | $ 687.50 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 9,403.51

Remaining Balance $ 14,620.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,208.04  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | $ 20,471.20 | $ 0.00 | $ 5,421.47 |
| 2 | First National Bank of Omaha | $ 10,467.85 | $ 0.00 | $ 2,772.25 |
| 3 | TD Bank, USA | $ 1,795.81 | $ 0.00 | $ 475.59 |
| 4 | PYOD,LLC as Assignee Citibank NA | $ 4,928.42 | $ 0.00 | $ 1,305.21 |
| 5 | U.S. Bank National Association | $ 8,222.77 | $ 0.00 | $ 2,177.67 |
| 6 | Department Stores National Bank | $ 402.83 | $ 0.00 | $ 106.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, Llc | $ 8,919.16 | $ 0.00 | $ 2,362.11 |
| | Total to be paid to timely general unsecured creditors | | | $ 14,620.98 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE