UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| MIGUEL RODRIGUEZ | § | Case No. 17-81477 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> Northern District of Illinois
> Western Division
> 327 S. Church Street, Room 1100
> Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/07/2019 in Courtroom 3100,

> United States Bankruptcy Court
> 327 S Church Street
> Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/27/2018        By: /S/ BERNARD J. NATALE
                                                              TRUSTEE

*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| MIGUEL RODRIGUEZ | § | Case No. 17-81477 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 60,000.00 |
| and approved disbursements of | $ | 35,975.51 |
| leaving a balance on hand of[1] | $ | 24,024.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE LTD | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: BERNARD J. NATALE LTD | $ 13.79 | $ 0.00 | $ 13.79 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 4,112.50 | $ 0.00 | $ 4,112.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 27.22 | $ 0.00 | $ 27.22 |
| Other: Bolgrien Koepke Kimes & Livingston LLC | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: Bolgrien Koepke Kimes & Livingston LLC | $ 687.50 | $ 687.50 | $ 0.00 |
| Other: Peter Savitski Law Office | $ 10,000.00 | $ 10,000.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Peter Savitski Law Office | $ 240.06 | $ 240.06 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,403.51 |
| Remaining Balance | $ 14,620.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,208.04 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | $ 20,471.20 | $ 0.00 | $ 5,421.47 |
| 2 | First National Bank of Omaha | $ 10,467.85 | $ 0.00 | $ 2,772.25 |
| 3 | TD Bank, USA | $ 1,795.81 | $ 0.00 | $ 475.59 |
| 4 | PYOD,LLC as Assignee Citibank NA | $ 4,928.42 | $ 0.00 | $ 1,305.21 |
| 5 | U.S. Bank National Association | $ 8,222.77 | $ 0.00 | $ 2,177.67 |
| 6 | Department Stores National Bank | $ 402.83 | $ 0.00 | $ 106.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, Llc | $ 8,919.16 | $ 0.00 | $ 2,362.11 |
| | Total to be paid to timely general unsecured creditors | | $ | 14,620.98 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
TRUSTEE

*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**<u>Case No: 17-81477</u>**
**<u>Case Name: MIGUEL RODRIGUEZ</u>**

### PROOF OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applications for Compensation** sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF NOTICE.)

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 13th day of December, 2018.

                                            /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
the 13t<sup>h</sup> day of December, 2018.
/s/   Denise M Bennett
Notary Public

My commission expires July 15, 2022

| | | |
|---|---|---|
| First Bankcard Center<br>P O Box 3412<br>Omaha NE 68103 | First National Bank of Omaha<br>P O Box 3412<br>Omaha NE 68103 | Bank of America<br>P O Box 982235<br>El Paso TX 79998 |
| U S Bank Card Service<br>P O Box 6335<br>Fargo ND 58125 | Lowe's<br>% Synchrony Bank<br>P O Box 965060<br>Orlando FL 32896 | Target Stores<br>% Target Credit Services<br>P O Box 673<br>Minneapolis MN 55440 |
| Citicards<br>P O Box 6500<br>Sioux Falls SD 57117 | Slate from Chase<br>P O Box 15299<br>Wilmington DE 19850 | Miguel Rodriguez<br>2412 W Jefferson St<br>Rockford IL 61101 |
| Sam's Club<br>% Synchrony Bank<br>P O Box 965060<br>Orlando FL 32896 | Attorney Jeffry A. Dahlberg<br>Balsley & Dahlberg<br>5130 N 2nd St<br>Loves Park IL 61111 | U S Trustee<br>780 Regent St Ste 304<br>Madison WI 53715 |