# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MIGUEL RODRIGUEZ | § | Case No. 17-81477 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 7,700.00　　　　　　　　　Assets Exempt: 33,975.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 14,620.98　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: 151,295.33

Total Expenses of Administration: 30,379.02

---

　　　3) Total gross receipts of $ 60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 6,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,379.02 | 30,379.02 | 30,379.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 104,708.27 | 55,208.04 | 55,208.04 | 14,620.98 |
| **TOTAL DISBURSEMENTS** | $ 110,708.27 | $ 85,587.06 | $ 85,587.06 | $ 45,000.00 |

4) This case was originally filed under chapter 7 on 06/21/2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2019     By:/s/BERNARD J. NATALE, TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Uninsured Motorist Claim Vs. Gloria Garcia (Owner Of The Veh | 1142-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rodriguez, Miguel | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing LLC, Attn: Bankruptcy Dept. 1661 Worthington Rd., Suite 100 West Palm Beach, FL 33409 | | 6,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 6,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE LTD | 2100-000 | NA | 5,250.00 | 5,250.00 | 5,250.00 |
| BERNARD J. NATALE LTD | 2200-000 | NA | 13.79 | 13.79 | 13.79 |
| Associated Bank | 2600-000 | NA | 47.95 | 47.95 | 47.95 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 4,112.50 | 4,112.50 | 4,112.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 27.22 | 27.22 | 27.22 |
| Bolgrien Koepke Kimes & Livingston LLC | 3210-600 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| Peter Savitski Law Office | 3210-600 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| Bolgrien Koepke Kimes & Livingston LLC | 3220-610 | NA | 687.50 | 687.50 | 687.50 |
| Peter Savitski Law Office | 3220-610 | NA | 240.06 | 240.06 | 240.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,379.02 | $ 30,379.02 | $ 30,379.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Maria Esparza, 2112 Latham Street Rockford, IL 61108 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, P.O. Box 982235 El Paso, TX 79998-2235 | | 2,763.00 | NA | NA | 0.00 |
| | Citi Cards, P.O. Box 6500 Sioux Falls, SD 57117 | | 8,592.29 | NA | NA | 0.00 |
| | First Bankcard Center, P.O. Box 3412 Omaha, NE 68103-3412 | | 20,235.87 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Omaha, P.O. Box 3412 Omaha, NE 68103-0412 | | 18,036.83 | NA | NA | 0.00 |
| | First National Bank of Omaha, P.O. Box 3412 Omaha, NE 68103-0412 | | 10,326.66 | NA | NA | 0.00 |
| | First National Bank of Omaha, P.O. Box 3412 Omaha, NE 68103-0412 | | 20,150.37 | NA | NA | 0.00 |
| | Lowe's, c/o Synchrony Bank P.O. Box 965060 Orlando, FL 32896-5060 | | 5,000.00 | NA | NA | 0.00 |
| | Sam's Club, c/o Synchrony Bank P.O. Box 965060 Orlando, FL 32896-5060 | | 8,487.68 | NA | NA | 0.00 |
| | Slate from Chase, P.O. Box 15299 Wilmington, DE 19850-5299 | | 3,550.35 | NA | NA | 0.00 |
| | Target Stores, c/o Target Credit Services P.O. Box 673 Minneapolis, MN 55440-0673 | | 1,722.77 | NA | NA | 0.00 |
| | U.S. Bank Card Service, P.O. Box 6335 Fargo, ND 58125-6335 | | 5,842.45 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Department Stores National Bank | 7100-000 | NA | 402.83 | 402.83 | 106.68 |
| 1 | First National Bank of Omaha | 7100-000 | NA | 20,471.20 | 20,471.20 | 5,421.47 |
| 2 | First National Bank of Omaha | 7100-000 | NA | 10,467.85 | 10,467.85 | 2,772.25 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 8,919.16 | 8,919.16 | 2,362.11 |
| 4 | PYOD,LLC as Assignee Citibank NA | 7100-000 | NA | 4,928.42 | 4,928.42 | 1,305.21 |
| 3 | TD Bank, USA | 7100-000 | NA | 1,795.81 | 1,795.81 | 475.59 |
| 5 | U.S. Bank National Association | 7100-000 | NA | 8,222.77 | 8,222.77 | 2,177.67 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 104,708.27 | $ 55,208.04 | $ 55,208.04 | $ 14,620.98 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-81477 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MIGUEL RODRIGUEZ | | | | Date Filed (f) or Converted (c): | 06/21/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/03/2017 |
| For Period Ending: | 02/20/2019 | | | | Claims Bar Date: | 11/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2412 W. Jefferson Street Rockford Il 61101-0000 Winnebago | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2. 2007 Ford Escape Mileage: 149,000 | 3,175.00 | 3,175.00 | | 0.00 | FA |
| 3. 2001 Chevrolet Caviler Mileage: 200,000 | 150.00 | 150.00 | | 0.00 | FA |
| 4. Misc. Household Goods And Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 2 Tv's | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing And Personal Items | 200.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8. U.S. Bank | 50.00 | 0.00 | | 0.00 | FA |
| 9. First National Bank | 0.00 | 0.00 | | 0.00 | FA |
| 10. Uninsured Motorist Claim Vs. Gloria Garcia (Owner Of The Veh | Unknown | 1.00 | | 60,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $26,675.00 | $23,326.00 | | $60,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/26/2018  SPECIAL COUNSEL REPORTS PI CASE FILED IN WISCONSIN.  DISCOVERY PENDING.

Initial Projected Date of Final Report (TFR): 12/31/2018      Current Projected Date of Final Report (TFR): 12/31/2019

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 17-81477 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: MIGUEL RODRIGUEZ | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX9440 |
| | | Checking |
| Taxpayer ID No: XX-XXX5459 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: 02/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/18 | 10 | Allstate | Personal Injury | 1142-000 | $50,000.00 | | $50,000.00 |
| 11/05/18 | 10 | Bolgrien, Koepke, Kimes & Livingston LLC<br>542 East Grand Avenue<br>Beloit, WI 53511 | Personal Injury | 1142-000 | $10,000.00 | | $60,000.00 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.95 | $59,952.05 |
| 11/07/18 | 1101 | Bolgrien Koepke Kimes & Livingston LLC<br>Attn: Mr. Rodney Kimes<br>542 E Grand Avenue<br>Beloit WI 53511 | Spec Counsel Fees-Rodriguez | 3210-000 | | $10,000.00 | $49,952.05 |
| 11/07/18 | 1102 | Bolgrien Koepke Kimes & Livingston LLC<br>Attn: Mr. Rodney Kimes<br>542 E Grand Avenue<br>Beloit WI 53511 | Spec Counsel Expenses - Rodriguez | 3220-000 | | $687.50 | $49,264.55 |
| 11/07/18 | 1103 | Peter Savitski Law Office<br>Mr. Peter Savitski<br>838 N Main Street<br>Rockford IL 61103 | Spec Counsel for Rodriguez | 3210-000 | | $10,000.00 | $39,264.55 |
| 11/07/18 | 1104 | Peter Savitski Law Office<br>Mr. Peter Savitski<br>838 N Main Street<br>Rockford IL 61103 | Spec Counsel Expenses - Rodriguez | 3220-000 | | $240.06 | $39,024.49 |
| 11/07/18 | 1105 | Rodriguez, Miguel<br>2412 W Jefferson St<br>Rockford IL 61101 | Debtor's Exemption for PI | 8100-002 | | $15,000.00 | $24,024.49 |
| 12/11/18 | | Transfer to Acct # xxxxxx0041 | Transfer of Funds | 9999-000 | | $24,024.49 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $60,000.00 | $60,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $24,024.49 |
| Subtotal | $60,000.00 | $35,975.51 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Page Subtotals: | $60,000.00 | $60,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Net $60,000.00    $20,975.51

Exhibit 9

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-81477  
Case Name: MIGUEL RODRIGUEZ  
Taxpayer ID No: XX-XXX5459  
For Period Ending: 02/20/2019  

Trustee Name: BERNARD J. NATALE, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0041  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/18 | | Transfer from Acct # xxxxxx9440 | Transfer of Funds | 9999-000 | $24,024.49 | | $24,024.49 |
| 01/08/19 | 2001 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $5,263.79 | $18,760.70 |
| | | BERNARD J. NATALE LTD | Final distribution creditor account # representing a payment of 100.00 % per court order. ($5,250.00) | 2100-000 | | | |
| | | BERNARD J. NATALE LTD | Trte Expense ($13.79) | 2200-000 | | | |
| 01/08/19 | 2002 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $4,139.72 | $14,620.98 |
| | | BERNARD J. NATALE LTD | Attorney Fees ($4,112.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses ($27.22) | 3120-000 | | | |
| 01/08/19 | 2003 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | Distribution | | | $8,193.72 | $6,427.26 |
| | | First National Bank of Omaha | Ref #2033 ($5,421.47) | 7100-000 | | | |
| | | First National Bank of Omaha | Ref #9379 ($2,772.25) | 7100-000 | | | |
| 01/08/19 | 2004 | TD Bank, USA<br>% American Infosource Lp<br>P O Box 248866<br>Oklahoma City, Ok 73124-8866 | Ref #0135 | 7100-000 | | $475.59 | $5,951.67 |
| 01/08/19 | 2005 | PYOD,LLC as Assignee Citibank NA<br>Resurgent Capital Services<br>P O Box 19008<br>Greenville, SC 29602 | Ref #7281 | 7100-000 | | $1,305.21 | $4,646.46 |
| 01/08/19 | 2006 | U.S. Bank National Association<br>P O Box 5227<br>Cincinnati OH 45201-5227 | Ref #4354 | 7100-000 | | $2,177.67 | $2,468.79 |

Page Subtotals: $24,024.49    $21,555.70

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-81477  
Case Name: MIGUEL RODRIGUEZ  
Taxpayer ID No: XX-XXX5459  
For Period Ending: 02/20/2019  

Trustee Name: BERNARD J. NATALE, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0041  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/19 | 2007 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Ref #2762/Macys | 7100-000 | | $106.68 | $2,362.11 |
| 01/08/19 | 2008 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #7534/Sam's Club (MC) | 7100-000 | | $2,362.11 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $24,024.49 | $24,024.49 |
| Less: Bank Transfers/CD's | $24,024.49 | $0.00 |
| Subtotal | $0.00 | $24,024.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $24,024.49 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*     Page Subtotals:    $0.00    $2,468.79

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0041 - Checking | $0.00 | $24,024.49 | $0.00 |
| XXXXXX9440 - Checking | $60,000.00 | $20,975.51 | $0.00 |
|  | $60,000.00 | $45,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $60,000.00 |
| Total Gross Receipts: | $60,000.00 |

Page Subtotals:                     $0.00        $0.00